IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-01946-ZLW-MJW

RUTH M. BOBBETT,

    Plaintiff,

v.

K-MART CORPORATION, a/k/a Sears Kmart, a/k/a Big Kmart and Super Kmart Center;
SEARS HOLDINGS CORPORATION a/k/a SHC and the Parent, Sears Holdings Corporation, subsidiaries and affiliates;
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a/k/a SEDGWICK CMS;
ACE AMERICAN INSURANCE COMPANY, a/k/a Ace Insurance and a/k/a Ace Insurance Services; and
JASON BOCK,

    Defendants.

## ORDER OF RECUSAL

Because my husband owns shares of stock in one of the defendant companies, I hereby recuse myself from considering this case and request that it be reassigned to another judge.

DATED at Denver, Colorado this 20th day of August, 2009.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court