IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01946-MSK-MJW

RUTH M.  BOBBETT,

Plaintiff,

v.

K-MART CORPORATION, a/k/a Kmart, a/k/a Sears Kmart, a/k/a Big Kmart, and a/k/a
 Super Kmart Center;
SEARS HOLDINGS CORPORATION, a/k/a/ SHC and the Parent, Sears Holding
 Corporation, subsidiaries and affiliates;
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a/k/a Sedgwick CMS;
ACE AMERICAN INSURANCE COMPANY, a/k/a Ace Insurance and a/k/a Ace
 Insurance Services; and
JASON BOCK,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Withdrawal of Her Motion to Enforce Settlement Agreement, Document Number 87, filed with the Court on August 4, 2010, is GRANTED.   The Plaintiff's Motion to Enforce Settlement Agreement Against Defendants K-Mart and Sears [VERIFIED] DN 72, (SEALED at Document Number 71), filed with the Court on June 29, 2010, is DEEMED WITHDRAWN.

FURTHER, IT IS ORDERED that the Court's Minute Order, Document Number 86, entered on July 29, 2010, directing the parties to contact the court to schedule a motion conference, is VACATED.

FURTHER, IT IS ORDERED that the parties shall submit their stipulated motion for dismissal regarding defendants K-Mart and Sears, or a written status report, to the court on or before September 1, 2010.

Date:  August 6, 2010